Argued and submitted April 4, reversed and remanded for reconsideration May 2, 1990

In the Matter of the
Tax Deficiency Assessment of
Archdiocese of Portland in Oregon.
EMPLOYMENT DIVISION,
DEPARTMENT OF HUMAN RESOURCES,
*Petitioner,*

*v.*

ARCHDIOCESE OF PORTLAND
IN OREGON,
*Respondent.*

(86-T-081; CA A46816)

790 P2d 561

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for petitioner. With him on the briefs were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Joseph D. McDonald, Portland, argued the cause for respondent. With him on the brief were Eugene E. Feltz and Palmer, Feltz, Smith & McDonald, Portland.

Before Graber, Presiding Judge, and Joseph, Chief Judge, and Edmonds, Judge.

PER CURIAM

Reversed and remanded for reconsideration. *Employment Div. v. Rogue Valley Youth for Christ,* 307 Or 490, 770 P2d 588 (1989); *see also Employment Div. v. Bible Temple,* 101 Or App 497, 790 P2d 561 (1990).